AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

**FILED**
JUL 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Jose Francisco Martin

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2400-DMS

I, __Jose Francisco Martin__, the above named defendant, who is accused of

__Deported Alien Found in the United States, 8 U.S.C. §1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 22, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer